

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tommy W. Davis, Appellant

No. 06-13-00005-CV          v.

Northeast Texas Farmers Co-Op, Appellee

Appeal from the County Court at Law of Hopkins County, Texas (Tr. Ct. No. CV 41189). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Tommy W. Davis, pay all costs of this appeal.

RENDERED MAY 8, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk